IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BURTON <br> (Dallas Cty. Jail Bookin No. 16027515), <br><br> Plaintiff, <br><br> V. <br><br> PROCTOR AND GAMBLE COMPANY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:17-cv-1190-B |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
<u>**OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATED: FEBRUARY 27, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE